**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| AAD TRANSPORT, INC. | |
| | CASE NO. 08B-25948 BWB |
| | JUDGE BRUCE W. BLACK |
| Debtor(s) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

        At:   U.S. BANKRUPTCY COURT
              JOLIET CITY HALL
              150 W. JEFFERSON STREET, 2ND FLOOR
              JOLIET, ILLINOIS 60432

        on:   **June 19, 2009**
        at:   **9:15 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

    a.  Receipts                                 $_____10,346.10

    b.  Disbursements                     $_____12.91

    c.  Net Cash Available for Distribution   $_____10,333.19

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $1,784.61 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Firm Legal Fees) | 0.00 | $1,837.50 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Firm Legal Expenses) | 0.00 | | $10.80 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | BANK OF AMERICA | $ 22,690.00 | $ 6,700.28 |

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant

to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.        Debtor has/has not been discharged.

11.        The Trustee proposed to abandon the following property at the hearing:


Dated:  **May 22, 2009**                    For the Court,


                                        By **KENNETH S. GARDNER**
                                            Kenneth S. Gardner
                                            Clerk of the United States Bankruptcy Court
                                            219 S. Dearborn Street; 7th Floor
                                            Chicago, IL  60604

Trustee:     THOMAS B. SULLIVAN, TRUSTEE
Address:     1900 RAVINIA PLACE
             ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7           Page 1 of 1             Date Rcvd: May 22, 2009
Case: 08-25948               Form ID: pdf002        Total Served: 7


The following entities were served by first class mail on May 24, 2009.
db           +AAD Transport Inc.,   135 S. School St.,   Braidwood, IL 60408-1949
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty          +Stephen J West,   Law Offices Of Stephen J West,   628 Columbus Dr Rm 102,
              Ottawa, IL 61350-2933
tr           +Thomas B Sullivan,   Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
12654877      Bank of America,   Business Card,   PO Box 15710,   Wilmington, DE 19886-5710
12654879    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Services,   PO Box 419236,   Kansas City, MO 64141)
12654878      Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2009**                          **Signature:**   _Joseph Speetjens_